1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RADNI GHAFOORI,                      No.  2:25-cv-0477 DJC SCR

12              Plaintiff,

13        v.                              ORDER

14   TUOLUMNE COUNTY PUBLIC
     DEFENDER'S OFFICE,
15
16              Defendant.

17

18        Plaintiff is proceeding pro se in this matter, which was referred to a United

19   States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

20        On August 5, 2025, the Magistrate Judge filed findings and recommendations

21   herein which were served on Plaintiff and which contained notice that any objections

22   to the findings and recommendations were to be filed within fourteen days.  ECF No.

23   3.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 4.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25   304, this Court has conducted a *de novo* review of this case.  Having carefully

26   reviewed the entire file, the Court finds the findings and recommendations to be

27   supported by the record and by proper analysis.  Accordingly, IT IS HEREBY

28   ////

                                        1

ORDERED that:

    1.  The findings and recommendations filed August 5, 2025 (ECF No. 3), are adopted in full; and

    2.  Plaintiff's claims is DISMISSED without leave to amend; and

    3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 2, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2